

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-18-00202-CV

---

IN THE MATTER OF THE MARRIAGE OF JENNIFER LEE HORAN AND RAJ LEWIS HORAN AND IN THE INTEREST OF M.H.H. AND K.M.H., CHILDREN

---

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. B40201-1502, Honorable Kregg Hukill, Presiding

---

January 7, 2019

## ORDER ON JOINT MOTION TO DISMISS

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Raj Lewis Horan, appellant, appeals from the trial court's judgment granting a divorce to the parties, establishing rights to the children, and dividing the parties' marital property, among other things. In his notice of appeal, Horan expressed his desire to "appeal the Court's judgment . . . rendered on February 15, 2018." On December 20, 2018, the parties filed a "Joint Motion to Dismiss Appeal" signed by both parties' attorneys. In the motion, they represented that "[t]he parties have reached an agreement to compromise and settle their differences in the suit." The parties also request that we "set aside the trial court's judgment as to the division of the community estate without regard

to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.  Tex. R. App. P. 42.01(a)(2)(B)."

We grant the parties' joint motion and set aside that part of the judgment "as to the division of the community estate," and, as requested by the parties, remand the issue about the division of the community estate to the trial court for effectuation of their settlement agreement.  As requested by the parties, we dismiss the remainder of the appeal without affirming the unmodified portions of the judgment.

It is so ordered.


                                                            Per Curiam